# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW JORDAN, | Case No. 2:18-cv-10297-ODW (AFM) |
| Petitioner, | |
| v. | **JUDGMENT** |
| RALPH DIAZ, Acting Secretary, California Department of Corrections and Rehabilitation, | |
| Respondent. | |

This matter came before the Court on the Petition of ANDREW JORDAN for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: 5/2/2019

```
                                    _____
                                         OTIS D. WRIGHT, II
                                       UNITED STATES DISTRICT JUDGE
```